SMITH, et al, Respondents, v. CITY OF WESSINGTON SPRINGS, Appellant.

(244 N. W. 650.)

(File No. 7370. Opinion filed October 15, 1932.)

*Chas. R. Hatch,* of Wessington Springs, for Appellant.

*C. Chris Gleim,* of Wessington Springs, and *J. H. Lammers,* of Madison, for Respondents.

PER CURIAM. This is a companion case to Gotwals v. City of Wessington Springs, 60 S. D. 428, 244 N. W. 649, wherein opinion was this day filed. The cases were briefed together on appeal, and the same question is here presented. The judgment appealed from is reversed.

All the Judges concur.